# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>        Plaintiff,<br><br>  v.<br><br>GADSEN, BEEBE, et. al.,<br><br>        Defendants.<br>_____/ | CV F  04 5491 OWW LJO P<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT (Doc. 21.) |

    Michael Gonzales ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

    Plaintiff filed the instant action on March 26, 2004. On April 29, 2005, Plaintiff filed a Second Amended Complaint. The Court dismissed the Complaint with leave to amend on July 23, 2005.

    On July 13, 2005, Plaintiff moved for an additional thirty days to file an Second Amended Complaint. Plaintiff states that he needs the time because he is untrained in the law and has limited law library access to do research on how to draft a complaint.

    This Court's Order dismissing with leave to amend informed Plaintiff of the deficiencies of the Complaint, namely that Plaintiff did not list his claims for relief but merely provided the Court with a transcript. In addition, the document was so lengthy that it violated Rule 8's requirements for a short and plain statement. The Court also directed the Clerk of Court to send Plaintiff a blank civil rights form. This form was created specifically for pro per prisoners who

1

are untrained in the law.  Plaintiff only need follow the directions on the form.  The form requires Plaintiff to state his claim for relief and provide a *short* statement of the facts that support his claim.  Plaintiff should keep the "short and plaint" requirement in mind for the Court will not wade through numerous exhibits or pages of transcripts to try to figure out what claim the Plaintiff might be trying to raise.  The responsibility to come forward with a clear allegation of a violation of constitutional rights with a brief statement of facts lies with the Plaintiff and not this Court.  Should Plaintiff again fail to heed the short and plain requirement of Rule 8, his complaint will again be dismissed.  Plaintiff should note further that because he is proceeding in pro per, no legal research is required.  Again, Plaintiff need only state the claim for relief and provide a brief statement of facts that support his claim.  No research or access to the law library is necessary.

The Court HEREBY ORDERS:

1. The Request for an Extension of Time is GRANTED.  The Second Amended Complaint is due within THIRTY (30) days of the date of service of this Order.

Plaintiff is reminded that his failure to comply with this or any Order of the Court will result in a Recommendation that the action be dismissed.

IT IS SO ORDERED.

**Dated:   July 14, 2005**                        **/s/ Lawrence J. O'Neill**
b9ed48                                                   UNITED STATES MAGISTRATE JUDGE