UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | CV F  04 5491 OWW LJO P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR DISCOVERY (Doc.  29.) |
| GADSEN, BEEBE, et. al., | |
| Defendants. | |

Michael Gonzales  ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 23, 2005, Plaintiff filed a "Motion for Discovery."  In this pleading, Plaintiff requests permission to take the depositions of various defendants and parties related to this case.

The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a).  By screening the case, the Court will determine whether it must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state

1

1  a claim upon which relief may be granted, or that seek monetary relief from a defendant who is
2  immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).
3       In this case, Plaintiff's second Amended Complaint filed on July 20, 2005, has not yet
4  been screened by the Court.  Thus, Plaintiff's request for discovery is premature.  Discovery in
5  this case will commence by court order after the Court has determined that the Complaint states a
6  cognizable claim for relief, the Complaint has been served on the opposing parties and a
7  Responsive pleading has been filed.  Accordingly, Plaintiff's request for discovery is premature
8  and, therefore, DENIED.
9  IT IS SO ORDERED.
10 **Dated:   November 30, 2005**              /s/ Lawrence J. O'Neill
   b9ed48                                      UNITED STATES MAGISTRATE JUDGE