UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL GONZALES,                              CIV F   04-5491 OWW LJO P

    Plaintiff,

    v.                                                    ORDER GRANTING REQUEST FOR
                                                           EXTENSION OF TIME (Doc.  30)

GADSEN, et. al.,

    Defendants.
_____/

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

    On November 29, 2005, Plaintiff filed a motion to extend time to submit Objections to the Findings and Recommendations issued on November 7, 2005.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Plaintiff is granted THIRTY (30) DAYS from the date of service of this order in which to file his Objections to the Findings and Recommendations.

IT IS SO ORDERED.

**Dated:   January 12, 2006**          /s/ Lawrence J. O'Neill
b6edp0                                 UNITED STATES MAGISTRATE JUDGE