UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES, | CIV F  04-5491 OWW LJO P |
| Plaintiff, | |
| v. | ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS  (Doc. 33) |
| GADSEN, et. al., | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983.

On November 29, 2005, Plaintiff filed a motion to extend time to submit Objections to the Findings and Recommendations issued on November 7, 2005.  The Court granted that request on January 12, 2006.  On January 26, 2006, Plaintiff submitted a second Request for an extension of time.  The deadline, however, for the first extension of time is set for February 15, 2006, and thus, has not yet expired.  However, given that the deadline is just around the corner, the Court will grant Plaintiff's request for a second extension of time.  However, Plaintiff should note that the Court will not grant extensions of time indefinitely.  Plaintiff's limited access to the law library are circumstances that all inmates are faced with.  Thus, the Court will not suspend the case awaiting a time when Plaintiff feels he has sufficient access to the law library.

Accordingly, the Court HEREBY ORDERS:

1.   Plaintiff's Second Request for an Extension of time is GRANTED.  The Objections are due within THIRTY (30) DAYS from the date of service of this order.

Plaintiff is forewarned that NO FURTHER EXTENSIONS WILL BE GRANTED BUT UPON A SHOWING OF EXTREMELY GOOD CAUSE.

IT IS SO ORDERED.

**Dated:   February 7, 2006**            /s/ Lawrence J. O'Neill
b6edp0                                   UNITED STATES MAGISTRATE JUDGE