UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GONZALES,<br><br>        Plaintiff,<br><br>vs.<br><br>GADSEN, BEEBE, et al.,<br><br>        Defendants.<br>_____/ | 1:04-cv-05491-OWW-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 27)<br><br>**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 24) |

    Plaintiff, Michael Gonzalez ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On November 7, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  On November 29, 2005 and January 26, 2006, respectively, plaintiff filed a motion to extend time.  On January 12, 2006 and February 7, 2006, respectively, the court granted plaintiff an additional

1

1  thirty (30) days within which to respond.  On March 7, 2006,
2  plaintiff filed objections to the Magistrate Judge's Findings and
3  Recommendations.
4      In accordance with the provisions of 28 U.S.C.
5  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
6  <u>de novo</u> review of this case.  Having carefully reviewed the
7  entire file, the Court finds the Findings and Recommendations to
8  be supported by the record and by proper analysis.
9      Accordingly, IT IS HEREBY ORDERED that:
10     1.   The Findings and Recommendations, filed November 7,
11 2005, are ADOPTED IN FULL; and,
12     2.   Plaintiff's motion for preliminary injunctive relief,
13 filed August 23, 2005, is DENIED.
14 IT IS SO ORDERED.
15 **Dated:   March 28, 2006**             /s/ Oliver W. Wanger
   emm0d6                       UNITED STATES DISTRICT JUDGE

2